# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT FLEMING,

    Plaintiff,

v.                                          Case No: 8:14-cv-2548-T-30TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. #15).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of Defendant Commissioner is REVERSED AND REMANDED for further proceedings, including a supplemental hearing, before the Commissioner consistent with the Report and Recommendation.

3. The Court requests that this case be assigned to a different Administrative Law Judge on remand for the reasons stated in the Report and Recommendation.

4. The Clerk is directed to enter Final Judgment in favor of Plaintiff and against Defendant.

5. The Clerk is directed to close this case.

6. Any motion requesting fees and costs shall be filed within fourteen (14) days of this Order and shall comply with the requirements of Local Rule 3.01(g).

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of March, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Even\2014\14-cv-2548 adopt R and R.docx